IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD LEE TUBBS,<br><br>    Plaintiff,<br><br>  v.<br><br>CCI GOODWIN, et al.,<br><br>    Defendants.<br>_____ | No. C 07-6481 MMC (PR)<br><br>**ORDER OF DISMISSAL;<br>DENYING LEAVE TO PROCEED<br>IN FORMA PAUPERIS**<br><br>**(Docket No. 2)** |

      On December 27, 2007, plaintiff, a California prisoner proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983; with the action, plaintiff filed an incomplete in forma pauperis ("IFP") application.  That same date, the Court notified plaintiff in writing that the action was deficient due to plaintiff's failure to pay the requisite filing fee or, instead, to submit a completed court-approved IFP application.  In said notice, plaintiff was advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action.  Along with said notice, plaintiff was sent a copy of the Court's IFP application, instructions for completing it, and a return envelope.  Plaintiff has not responded to the deficiency notice.

      As more than thirty days have passed since the deficiency notice and plaintiff has not completed the IFP application or paid the filing fee, plaintiff's application for leave to proceed IFP is hereby DENIED, and the above-titled action is hereby DISMISSED without prejudice.

      This order terminates Docket No. 2.

      The Clerk shall close the file.

      IT IS SO ORDERED.

DATED: February 11, 2008

                                                MAXINE M. CHESNEY<br>
                                                United States District Judge

*United States District Court*
*For the Northern District of California*