IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD LEE TUBBS,

        Plaintiff,

  v.

CCI GOODWIN, et al,

        Defendants.
                                      /

No. CV-07-6481 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** as more than thirty days have passed since the deficiency notice and plaintiff has not completed the IFP application or paid the filing fee, plaintiff's application for leave to proceed IFP is hereby DENIED, and the above-titled action is hereby DISMISSED without prejudice.

Dated: February 12, 2008                                Richard W. Wieking, Clerk

                                                                         By: Tracy Lucero
                                                                         Deputy Clerk